Cite as 2022 Ark. 192
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered:** October 27, 2022 |

## PER CURIAM

The Honorable Kim Bridgforth, State District Judge, of Pine Bluff is reappointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2025.

The Honorable Carlton D. Jones, Circuit Judge, of Texarkana is reappointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2025.

The Honorable Adam Weeks, Circuit Judge, of Walnut Ridge is reappointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2025.

We thank Judge Bridgforth, Judge Jones, and Judge Weeks for accepting reappointment to this important commission.